IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

JUSTIN CARTER,

    **Plaintiff,**

    v.

KANSAS DEPARTMENT FOR CHILDREN
AND FAMILIES (DCF),

    **Defendants.**

Case No. 25-4015-JAR-RES

## ORDER ADOPTING REPORT AND RECOMMENDATION

    Plaintiff Justin Carter, proceeding pro se and in forma pauperis, filed this action on February 14, 2025, alleging violations of his constitutional and statutory rights associated with his Supplemental Nutrition Assistance Program ("SNAP") benefits.[1] Five days later, he filed an Emergency Motion for Temporary Restraining Order and Preliminary Injunction (Doc. 6), asking the Court to require that Defendant issue him an Electronic Benefit Transfer card and his food assistance benefits. But after granting his motion for leave to proceed in forma pauperis, presiding Magistrate Judge Rachel Schwartz screened the Complaint under 28 U.S.C. § 1915 and issued an Order to Show Cause ("OSC") to Plaintiff on March 6, 2025.[2] The OSC directed Plaintiff to either (1) file an amended complaint that attempts to address the issues raised in this order, including dropping DCF as a party Defendant; or, (2) file a brief that explains why the Magistrate Judge should not recommend that the District Judge dismiss Plaintiff's claims

---

[1] Doc. 1.

[2] Doc. 10.

because they are barred by Eleventh Amendment immunity and because Plaintiff's complaint does not state a claim upon which relief may be granted.[3]

Plaintiff did not respond to the OSC. Thus, on April 15, 2025, Judge Schwartz recommended that the undersigned dismiss this case under 28 U.S.C. § 19156(e)(2)(B)(ii)–(iii) because his claims are barred by Eleventh Amendment immunity and do not state a claim upon which relief may be granted.[4] Fourteen days having passed, and no written objections being filed to the proposed findings and recommendations filed by Judge Schwartz, and after a de novo determination upon the record pursuant to Fed. R. Civ. P. 72(b), the Court accepts as its own the recommended decision to dismiss this case without prejudice under 28 U.S.C. § 1915(e)(2)(B).

**IT IS THEREFORE ORDERED BY THE COURT** that, in accordance with Judge Schwartz's April 15, 2025 Report and Recommendation (Doc. 11), this case is hereby **dismissed** without prejudice. Plaintiff's Emergency Motion for Temporary Restraining Order and Preliminary Injunction (Doc. 6) is therefore **moot**. The Clerk is directed to enter Judgment in favor of Defendant.

**IT IS SO ORDERED.**

Dated: May 6, 2025

S/ Julie A. Robinson
JULIE A. ROBINSON
UNITED STATES DISTRICT JUDGE

---

[3] Doc. 10.

[4] Doc. 11.